JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. WILKINS, | No. CV 23-9163-SVW(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| E. LOZANO, ET AL., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____April 10_____, 2025.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE